Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -3 PM 4:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

PATI LEAUPEPE, an individual

Plaintiff.

vs

C. & F. FISHING, LTD., in personam, and F/V DIANA, her engines, tackle, apparel, furniture, and appurtenances, in rem; DOES 1-10,

Defendants

SUMMONS IN A CIVIL ~~ACTION~~

Case No. '08 CV 1614 IEG NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

The Law Office of John S. Lopez
John S. Lopez, Esq.
290 Landis Ave., Suite C
Chula Vista, CA 91910

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

SEP -3 2008
DATE

K. HAMMERLY

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)